IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SANDRA K. WARD
A/K/A SANDRA K. NOLEN                                                                    PLAINTIFF
ADC #704737

V.                              NO: 3:09CV00041 BSM/HDY

CRAIGHEAD COUNTY JAIL *et al.*                                                       DEFENDANTS

**ORDER**

Plaintiff filed this complaint on March 30, 2009, alleging that she was the victim of an assault while she was in the custody of Craighead County Jail officials. On July 23, 2009, the undersigned entered an order denying Plaintiff's motion to amend, in which she sought to add as Defendants Jack McCann, Jeremy Sparks, and Arron Davis (docket entry #18). Plaintiff's motion was denied because she failed to make any factual allegations against any of the three proposed Defendants.

Plaintiff filed a response to that order on August 20, 2009 (docket entry #20), in which she indicates that the three proposed Defendants have a supervisory role and have failed to ensure that proper precautions have been followed to provide for her protection while she is being transported. The Court will treat Plaintiff's response as a renewed motion to amend. Construing Plaintiff's proposed amended complaint liberally, the Court concludes that, for screening purposes, she states a cognizable claim for relief under 42 U.S.C. § 1983 against Defendants Jack McCann, Jeremy Sparks, and Arron Davis.

IT IS THEREFORE ORDERED THAT:

1.      Plaintiff's response, which the Court is treating as a motion to amend (docket entry

#20), is GRANTED, and the Clerk is directed to add Jack McCann, Jeremy Sparks, and Arron Davis, as Defendants.

2. Service is appropriate on Defendants Jack McCann, Jeremy Sparks, and Arron Davis, and the United States Marshal is directed to serve a copy of the complaint (docket entry #1), amended complaint (docket entry #20), this order, and summons, upon said Defendants, without prepayment of fees and costs or security therefor.

DATED this   24   day of August, 2009.

_____
UNITED STATES MAGISTRATE JUDGE