**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**SANDRA K. WARD**
**A/K/A SANDRA K. NOLEN**                                                                    **PLAINTIFF**

**V.**                               **NO: 3:09CV00041 BSM**

**CRAIGHEAD COUNTY JAIL** *et al.*                                                   **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today this case is dismissed with prejudice and the relief sought is denied. Further, pursuant to 28 U.S.C. § 1915(a)(3), it is hereby certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 14th day of April, 2010.

                                                                                    /s/ Brian S. Miller
                                                                                    UNITED STATES DISTRICT JUDGE